AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| PULSE SPORTS, LLC d/b/a SANABUL SPORTS <br><br> *Plaintiff(s)* <br> v. <br> JAYEFO SPORTS, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1-22cv425 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jayefo Sports, LLC
SERVE:
Omer Sharif, Registered Agent
2951 Spotted Eagle Court
Woodbridge, VA 22191

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Stephen R. Jackson, Esquire
Law Offices of Stephen R. Jackson
424 Market Street, Suite 205
Suffolk, VA 23434

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/25/2022

**Dana Van Metre** Digitally signed by Dana Van Metre
Date: 2022.04.25 14:57:25 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1-22cv425

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CHRISTINE MCLAUGHLIN (CLERK) STATE CORP. COMMISSION, who is
designated by law to accept service of process on behalf of *(name of organization)*
JAYEFO SPORTS, LLC on *(date)* 6/22/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 25.00 for travel and $ 0 for services, for a total of $ 25.00

I declare under penalty of perjury that this information is true.

Date: 6/24/2022

Server's signature

MAURICE MOORE   PRIVATE PROCESS SERVER
Printed name and title

22324 LINDEN ST. COURTLAND, VA. 23837
Server's address

Additional information regarding attempted service, etc: