IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PULSE SPORTS, LLC,
      *Plaintiff*,

   v.

JAYEFO SPORTS, LLC,
      *Defendant*.

1:22-cv-00425-MSN-IDD

ORDER

It appears from the record that the defendant is in default. Accordingly, it is hereby

ORDERED that plaintiff immediately obtain an entry of default against the defendant from the Clerk pursuant to Fed. R. Civ. P. 55(a); and it is further

ORDERED that promptly after obtaining the entry of default, plaintiff file a motion for default judgment and an accompanying memorandum setting forth the factual and legal support for findings that (a) this Court has subject matter and personal jurisdiction, including how each defaulting defendant was served and why that service was proper; (b) the complaint alleges facts establishing all the necessary elements of one or more claims on which relief can be granted; and (c) plaintiff can receive the damages and any other relief sought, with specific references to affidavits, declarations, or other evidence supporting such relief, and notice it for a hearing on a Friday at 10:00 a.m. before the magistrate judge assigned to this civil action; and it is further

ORDERED that plaintiff mail copies of the notice of hearing, motion for default judgment, and supporting memorandum to the defendant at the defendant's last known address, certifying the same to the Court.

The Clerk is directed to forward a copy of this Order to counsel of record.

                                    /s/
                           Michael S. Nachmanoff
                           United States District Judge

August 31, 2022
Alexandria, Virginia