**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**PULSE SPORTS, LLC,**

     **Plaintiff,**

**v.**                           **Civil Action No. 1:22-cv-00425-MSH-IDD**

**JAYEFO SPORTS, LLC,**

     **Defendant.**

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR DEFAULT JUDGMENT

COMES NOW the Plaintiff, Pulse Sports, LLC, by counsel, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Civil Rule 7(A) of the Local Rules of the United States District Court for the Eastern District of Virginia, and moves this Court for an extension of time to file its Motion for Default Judgment and Memorandum of Law in Support thereof for a period of thirty (30) days for good cause as more particularly set forth in the accompanying Memorandum of Law in Support to Motion for Extension of Time.

**PULSE SPORTS, LLC**

By: __/s/ Stephen R. Jackson_____
          Of Counsel

Chad S. Pehrson (Utah Bar No. 12622)
KUNZLER BEAN & ADAMSON, PC
50 Broadway Suite 1000
Salt Lake City, Utah 84101
Telephone:    (801)994-4646
Facsimile:    (801)758-7436
Email: cpehrson@kba.law
Stephen R. Jackson (VSB No. 27471)

LAW OFFICES OF STEPHEN R. JACKSON, PLLC
424 Market Street, Suite 205
Suffolk, VA 23434
Telephone:     (757) 935-5225
Facsimile:     (757) 935-5226
Email: sjackson@srjacksonlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2022, a true and accurate copy of Plaintiff's Motion for Extension of Time to File Motion for Default Judgment in the case of *Pulse Sports, LLC v. Jayefo Sports, LLC.*, Civil Action No. 1:22-cv-00425-MSH-IDD was served via U.S. First Class Mail, postage prepaid to:

Jayefo Sports, LLC.
2951 Spotted Eagle Court
Woodbridge, VA  22191

By: ___/s/ Stephen R. Jackson_____